UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LaBronx Mention,<br><br>    Plaintiff,<br><br>v.<br><br>Clarity Services, Inc.,<br><br>    Defendant. | Case No. 8:23-cv-00655 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Clarity Services, Inc. ("Clarity") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1.  Clarity is a named Defendant in Civil Case No. 23-CC-012935-Division V filed by Plaintiff LaBronx Mention ("Plaintiff") in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida (hereinafter, "State Court Action").

2.  The Complaint in the State Court Action was filed with the Clerk of the Circuit Court of Hillsborough County on February 14, 2023.

3.  This Notice is being filed with this Court within thirty (30) days after Clarity was served on February 24, 2023, with a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action against Clarity is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants in the State Court Action are attached hereto as **Exhibits 1-5**.

6. Clarity is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Clarity uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Clarity alleged in the State Court Action arise under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. Accordingly, the above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Clarity shall provide written notice of the removal to Plaintiff through her attorney of record in the State Court Action and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: March 23, 2023

Respectfully submitted,

*/s/ Monique Eloi*
Monique Eloi
Florida Bar No. 1025828
Email: meloi@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9815
Facsimile: (305) 714-9799

*Attorney for Defendant*
*Clarity Services, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 23, 2023, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court via CM/ECF, which sent electronic notice of the same to all parties of record.

> */s/ Monique Eloi –*
> Monique Eloi
>
> *Attorney for Defendant*
> *Clarity Services, Inc.*